IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

JUN 1 2 2019

ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 3:19CR110DPJ-LRA

CHARLES JOHNSON                              18 U.S.C. § 242

**The Grand Jury charges:**

### COUNT 1

On or about April 14, 2016, in Smith County, in the Northern Division of the Southern District

of Mississippi, the defendant, **CHARLES JOHNSON**, while acting under the color of law, as a

Smith County Sheriff's Deputy, did have sexual contact with S.B., a female inmate housed in the

Smith County Jail, against S.B.'s will, thereby willfully depriving S.B. of the right not to be

subjected to cruel and unusual punishment, a right secured and protected by the Constitution and

laws of the United States. This act resulted in bodily injury and included aggravated sexual

abuse.

All in violation of Title 18, United States Code, Section 242.

### COUNT 2

On or about May 7, 2016, in Smith County, in the Northern Division of the Southern District of

Mississippi, the defendant, **CHARLES JOHNSON**, while acting under the color of law, as a

Smith County Sheriff's Deputy, did have sexual contact with S.B., a female inmate housed in the

Smith County Jail, against S.B.'s will, thereby willfully depriving S.B. of the right not to be

subjected to cruel and unusual punishment, a right secured and protected by the Constitution and

laws of the United States. This act resulted in bodily injury and included aggravated sexual

abuse.

All in violation of Title 18, United States Code, Section 242.

## COUNT 3

On or about September 6, 2016, in Smith County, in the Northern Division of the Southern District of Mississippi, the defendant, **CHARLES JOHNSON**, while acting under the color of law, as a Smith County Sheriff's Deputy, did have sexual contact with S.B., a female inmate housed in the Smith County Jail, against S.B.'s will, thereby willfully depriving S.B. of the right not to be subjected to cruel and unusual punishment, a right secured and protected by the Constitution and laws of the United States. This act resulted in bodily injury and included aggravated sexual abuse. All in violation of Title 18, United States Code, Section 242.

## COUNT 4

On or about November 5, 2016, in Smith County, in the Northern Division of the Southern District of Mississippi, the defendant, **CHARLES JOHNSON**, while acting under the color of law, as a Smith County Sheriff's Deputy, did have sexual contact with S.B., a female inmate housed in the Smith County Jail, against S.B.'s will, thereby willfully depriving S.B. of the right not to be subjected to cruel and unusual punishment, a right secured and protected by the Constitution and laws of the United States. This act resulted in bodily injury and included aggravated sexual abuse.

All in violation of Title 18, United States Code, Section 242.

D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:

S/SIGNATURE REDACTED
Foreperson of the Grand Jury

2

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand jury on this the 12th day June , 2019.

_____

UNITED STATES MAGISTRATE JUDGE