CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 1 2 2019
ARTHUR JOHNSTON  DEPUTY

CITY: _____

COUNTY: ____Smith____

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _____ DOCKET # _3:19CR110 DPJ-LRA_
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES _x_ NO

MATTER TO BE SEALED: _x_ YES ___ NO

NAME/ALIAS: ____Charles Johnson____

**U.S. ATTORNEY INFORMATION:**

AUSA ___Candace G. Mayberry___  BAR # __104014__

INTERPRETER: _x_ NO ___ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**  ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __4__  ___ PETTY  ___ MISDEMEANOR  _4_ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1   18:242.F | 18 U.S.C. § 242 | Deprivation of Rights under color of law | 1-4 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

Date: _6/12/19_       SIGNATURE OF AUSA: _[signature]_

(Revised 2/26/10)