PRAECIPE FOR WARRANT


SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 1 2 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:19CR110 DPJ-LRA

CHARLES JOHNSON
(wherever found)

The Clerk of this Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 12th day of June, 2019.

This the 12th day of June, 2019.

D. MICHAEL HURST, JR.
United States Attorney

By: _____
CANDACE G. MAYBERRY
Assistant United States Attorney
MSB #104014

Warrant issued:_____

CGM/FBI